UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
TOPIC, AMEL                                     §     Case No. 10-57588 SPS
                                                §
            Debtor(s)                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-57588 | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | TOPIC, AMEL | | | Date Filed (f) or Converted (c): | 12/30/10 (f) |
| | | | | 341(a) Meeting Date: | 02/18/11 |
| For Period Ending: | 08/12/11 | | | Claims Bar Date: | 06/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real estate located at 5151 North East River Road, | 127,000.00 | 0.00 | | 0.00 | 0.00 | 165,195.00 | 15,000.00 |
| 2. Cash on Hand | 5.00 | 5.00 | | 0.00 | 5.00 | 0.00 | 0.00 |
| 3. Checking account with Bank of America | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Checking account with Bank of America | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Miscellaneous used household goods and furnishings | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Books, Pictures, and CD's | 105.00 | 105.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 8. Miscellaneous Costume Jewelry | 95.00 | 95.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Sole Proprietor - Amel Topic d/b/a Amel Topic - (G | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Estimated Joint 2010 tax refund of $2,500.00. Debt | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Automobile - 2004 VW Golf with 50,000 in mileage P | 2,237.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 12. Automobile - 2000 Frightliner Century wiith 421,00 | 6,250.00 | 2,250.00 | | 5,000.00 | 0.00 | 0.00 | 4,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.13 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $137,892.00 | $3,155.00 | | $5,000.13 | $5.00 | $165,195.00 | $22,900.00 |

LFORM1EX UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-57588 | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | TOPIC, AMEL | | Date Filed (f) or Converted (c): | 12/30/10 (f) |
| | | | 341(a) Meeting Date: | 02/18/11 |
| | | | Claims Bar Date: | 06/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

_____  Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-57588 -SPS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TOPIC, AMEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9205 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6116 | | | |
| For Period Ending: | 08/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/11 | 12 | Amel Topic<br>Nina Topic<br>9151 N. East River Road<br>Unit 227B<br>Chicago,Il 60656-2695 | Sale of Freightliner | 1129-000 | 3,000.00 | | 3,000.00 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.02 |
| 05/02/11 | 12 | Amel Topic<br>North River Road<br>Chicago, ill 60656-2695 | Sale of Freightliner | 1129-000 | 1,000.00 | | 4,000.02 |
| 05/28/11 | 12 | Amel Tolpic<br>5151 N EAst River Road<br>United 227B<br>Chicago, Il 60656-2695 | Sale of Freightliner | 1129-000 | 1,000.00 | | 5,000.02 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,000.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.09 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.13 |
| 08/12/11 | | Transfer to Acct #*******9328 | Bank Funds Transfer | 9999-000 | | 250.00 | 4,750.13 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 5,000.13 | 250.00 | 4,750.13 |
| Less:  Bank Transfers/CD's | 0.00 | 250.00 | |
| Subtotal | 5,000.13 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.13 | 0.00 | |

Page Subtotals   5,000.13   250.00

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.02b

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-57588 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | TOPIC, AMEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9328  BofA - Checking Account |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 08/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/11 | | Transfer from Acct #*******9205 | Bank Funds Transfer | 9999-000 | 250.00 | | 250.00 |
| 08/12/11 | 003001 | Schmitt's Truck Repair | Commision | 2990-000 | | 250.00 | 0.00 |
| | | | Sales Commission for Selling Topic's Freightliner | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 250.00 | 250.00 | 0.00 |
| Less:  Bank Transfers/CD's | 250.00 | 0.00 | |
| Subtotal | 0.00 | 250.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 250.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9205 | 5,000.13 | 0.00 | 4,750.13 |
| BofA - Checking Account - ********9328 | 0.00 | 250.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.13 | 250.00 | 4,750.13 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      250.00      250.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 10-57588 | | Page 1 | | Date: August 12, 2011 | |
| Debtor Name: TOPIC, AMEL | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | Unsecured | Filed 02/23/11 | $0.00 | $1,383.41 | $1,383.41 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 03/08/11 | $0.00 | $4,645.23 | $4,645.23 |
| 000003 070 7100-00 | Key Equipment Finance Inc 1000 S. McCaslin Blvd Superior, CO 80027 | Unsecured | Filed 05/02/11 | $0.00 | $32,052.99 | $32,052.99 |
| 000004 070 7100-00 | Credit First National Association Po Box 818011 Cleveland, OH 44181 | Unsecured | Filed 05/05/11 | $0.00 | $2,313.31 | $2,313.31 |
| | Case Totals: | | | $0.00 | $40,394.94 | $40,394.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57588 SPS
Case Name: TOPIC, AMEL
Trustee Name: RONALD R. PETERSON

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | $ | $ | $ |
| 000004 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE