UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TOPIC, AMEL § Case No. 10-57588 SPS
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE U.S. BANKRUPTCY COURT
        KENNETH S. GARDNER
        219 S. Dearborn St.
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/26/2011 in Courtroom 642,
        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/23/2011          By: UNITED STATES BANKRUPTCY
                                                       COURT
                                                                           Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TOPIC, AMEL § Case No. 10-57588 SPS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.13 |
| and approved disbursements of | $ | 250.00 |
| leaving a balance on hand of[1] | $ | 4,750.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,250.01 | $ 0.00 | $ 1,250.01 |
| Trustee Expenses: RONALD R. PETERSON | $ 51.82 | $ 0.00 | $ 51.82 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,301.83 |
| Remaining Balance | | | $ 3,448.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,394.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ 1,383.41 | $ 0.00 | $ 118.09 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,645.23 | $ 0.00 | $ 396.54 |
| 000003 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | $ 32,052.99 | $ 0.00 | $ 2,736.19 |
| 000004 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | $ 2,313.31 | $ 0.00 | $ 197.48 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,448.30 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson  
Trustee

*RONALD R. PETERSON*  
*JENNER & BLOCK LLP*  
*353 N. CLARK STREET*  
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-57588-SPS
Amel Topic                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ahamilton        Page 1 of 1        Date Rcvd: Sep 26, 2011
                        Form ID: pdf006        Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db           +Amel Topic,    5151 N. East River Road,    Apt. # 227B,    Chicago, IL 60656-2695
aty          +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
               Schaumburg, IL 60193-1631
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
16615955     +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
16615956     +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
16615957     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16930269      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16615958     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16615960     +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
17235922     +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
16615962     +Jennifer S. Burt, Askounis & Darcy,    401 N Michigan Ave,    Suite 550,    Chicago, IL 60611-5523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16615961     +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2011 03:49:06     Gemb/Sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
16615963     +E-mail/Text: rita.robles@key.com Sep 27 2011 02:05:38     Key Equipment Finance,
               1000 S. McCaslin Blvd,    Louisville, CO 80027-9437
17222279     +E-mail/Text: rita.robles@key.com Sep 27 2011 02:05:38     Key Equipment Finance Inc,
               1000 S. McCaslin Blvd,    Superior, CO 80027-9437
16615964     +E-mail/Text: bnc@nordstrom.com Sep 27 2011 02:02:59     Nordstrom Fsb,    Po Box 6555,
               Englewood, CO 80155-6555
16859915     +E-mail/Text: bnc@nordstrom.com Sep 27 2011 02:02:59     Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16615959     ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                      **Signature:** *Joseph Speetjens*