# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
TOPIC, AMEL                                      §        Case No. 10-57588 SPS
                                                §
　　　　　　　Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK LLP | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| SCHMITT'S TRUCK REPAIR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blmdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Credit First N A 6275 Eastland Rd Brook Park, OH 44142 | | | | | |
| | Gemb/Sams Club Po Box 981400 El Paso, TX 79998 | | | | | |
| | Jennifer S. Burt, Askounis & Darcy 401 N Michigan Ave Suite 550 Chicago, IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Key Equipment Finance 1000 S. McCaslin Blvd Louisville, CO 80027 | | | | | |
| | Nordstrom Fsb Po Box 6555 Englewood, CO 80155 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CREDIT FIRST NATIONAL ASSOCIATION | | | | | |
| 000003 | KEY EQUIPMENT FINANCE INC | | | | | |
| 000001 | NORDSTROM FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-57588 | Judge: SUSAN PIERSON SONDERBY | | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|

Case Name:   TOPIC, AMEL

Date Filed (f) or Converted (c):   12/30/10 (f)

341(a) Meeting Date:   02/18/11

For Period Ending:   02/09/12

Claims Bar Date:   06/28/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real estate located at 5151 North East River Road, | 127,000.00 | 0.00 | | 0.00 | 0.00 | 165,195.00 | 15,000.00 |
| 2. Cash on Hand | 5.00 | 5.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Checking account with Bank of America | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Checking account with Bank of America | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Miscellaneous used household goods and furnishings | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Books, Pictures, and CD's | 105.00 | 105.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 8. Miscellaneous Costume Jewelry | 95.00 | 95.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Sole Proprietor - Amel Topic d/b/a Amel Topic - (G | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Estimated Joint 2010 tax refund of $2,500.00. Debt | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Automobile - 2004 VW Golf with 50,000 in mileage P | 2,237.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 12. Automobile - 2000 Frightliner Century with 421,00 | 6,250.00 | 2,250.00 | | 5,000.00 | 0.00 | 0.00 | 4,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $137,892.00 | $3,155.00 | | $5,000.25 | $0.00 | $165,195.00 | $22,900.00 |
|---|---|---|---|---|---|---|---|

Ver: 16.05c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-57588 | Judge: SUSAN PIERSON SONDERBY | | | Trustee Name: | | RONALD R. PETERSON |
|---|---|---|---|---|---|---|---|
| Case Name: | TOPIC, AMEL | | | | Date Filed (f) or Converted (c): | | 12/30/10 (f) |
| | | | | | 341(a) Meeting Date: | | 02/18/11 |
| | | | | | Claims Bar Date: | | 06/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 01:14 pm.  The TDR will be filed in the first quarter of 2012.

Initial Projected Date of Final Report (TFR):  / /         Current Projected Date of Final Report (TFR):  / /

_____ Date: _____

RONALD R. PETERSON

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-57588  -SPS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TOPIC, AMEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9205  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/11 | 12 | Amel Topic | Sale of Freightliner | 1129-000 | 3,000.00 | | 3,000.00 |
| | | Nina Topic | | | | | |
| | | 9151 N. East River Road | | | | | |
| | | Unit 227B | | | | | |
| | | Chicago,Il 60656-2695 | | | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,000.02 |
| 05/02/11 | 12 | Amel Topic | Sale of Freightliner | 1129-000 | 1,000.00 | | 4,000.02 |
| | | North River Road | | | | | |
| | | Chicago, ill 60656-2695 | | | | | |
| 05/28/11 | 12 | Amel Tolpic | Sale of Freightliner | 1129-000 | 1,000.00 | | 5,000.02 |
| | | 5151 N EAst River Road | | | | | |
| | | United 227B | | | | | |
| | | Chicago, Il 60656-2695 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,000.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.09 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.13 |
| 08/12/11 | | Transfer to Acct #*******9328 | Bank Funds Transfer | 9999-000 | | 250.00 | 4,750.13 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.04 | | 4,750.17 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.04 | | 4,750.21 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.04 | | 4,750.25 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.05 | 4,744.20 |
| 11/01/11 | | Transfer to Acct #*******9328 | Final Posting Transfer | 9999-000 | | 4,744.20 | 0.00 |

| | | | Page Subtotals | | 5,000.25 | 5,000.25 | |

Ver: 16.05c

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57588  -SPS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | TOPIC, AMEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9205  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6116 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.25 | 5,000.25 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,994.20 | |
| | | | Subtotal | | 5,000.25 | 6.05 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.25 | 6.05 | |

Page Subtotals                    0.00                 0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2   Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-57588  -SPS |
| Case Name: | TOPIC, AMEL |
| Taxpayer ID No: | *******6116 |
| For Period Ending: | 02/09/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9328  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/11 | | Transfer from Acct #*******9205 | Bank Funds Transfer | 9999-000 | 250.00 | | 250.00 |
| 08/12/11 | 003001 | Schmitt's Truck Repair | Commision | 2990-000 | | 250.00 | 0.00 |
| | | | Sales Commission for Selling Topic's Freightliner | | | | |
| 11/01/11 | | Transfer from Acct #*******9205 | Transfer In From MMA Account | 9999-000 | 4,744.20 | | 4,744.20 |
| 11/01/11 | 003002 | Jenner & Block llp | Final distribution | 2100-000 | | 1,250.01 | 3,494.19 |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Illinois 06054 3456 | | | | | |
| 11/01/11 | 003003 | Jenner & Block LLP | Final Expenses | 2200-000 | | 51.82 | 3,442.37 |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Illinois 60654 3456 | | | | | |
| 11/01/11 | 003004 | Nordstrom fsb | | 7100-000 | | 117.89 | 3,324.48 |
| | | P.O. Box 6566 | | | | | |
| | | Englewood, CO 80155 | | | | | |
| 11/01/11 | 003005 | Chase Bank USA, N.A. | Final distribution | 7100-000 | | 395.86 | 2,928.62 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 11/01/11 | 003006 | Key Equipment Finance Inc | Final distribution | 7100-000 | | 2,731.49 | 197.13 |
| | | 1000 S. McCaslin Blvd | | | | | |
| | | Superior, CO 80027 | | | | | |
| 11/01/11 | 003007 | Credit First National Association | Final distribution | 7100-000 | | 197.13 | 0.00 |
| | | Po Box 818011 | | | | | |
| | | Cleveland, OH 44181 | | | | | |

Page Subtotals   4,994.20   4,994.20

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| Case No: | 10-57588 -SPS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TOPIC, AMEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9328  BofA - Checking Account |
| Taxpayer ID No: | *******6116 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,994.20 | 4,994.20 | 0.00 |
| Less:  Bank Transfers/CD's | 4,994.20 | 0.00 | |
| Subtotal | 0.00 | 4,994.20 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,994.20 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9205 | 5,000.25 | 6.05 | 0.00 |
| BofA - Checking Account - ********9328 | 0.00 | 4,994.20 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.25 | 5,000.25 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00                    0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*